347

Eric D. HOLMES, Petitioner–
Appellant,

v.

Ron NEAL, Superintendent, Indiana
State Prison, Respondent–
Appellee.

Nos. 14-3359, 04-3549

United States Court of Appeals,
Seventh Circuit.

June 3, 2016

Michael Benza, Attorney, Chagrin Falls, OH, Kathy Lea Stinton–Glen, Attorney, Indianapolis, IN, for Petitioner–Appellant.

Stephen R. Creason, James Blaine Martin, Attorneys, Office of the Attorney General, Indianapolis, IN, for Respondent–Appellee.

Before DIANE P. WOOD, Chief Judge, RICHARD A. POSNER, Circuit Judge, JOEL M. FLAUM, Circuit Judge

ORDER

On April 5, 2016, petitioner-appellant filed a petition for rehearing with suggestion for rehearing *en banc*, and on May 19, 2016, respondent-appellee filed an answer to the petition. All the judges on the original panel have voted to deny the petition, and none of the judges in regular active service has requested a vote on the petition for rehearing *en banc*. The petition is therefore **DENIED**.